UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| SARAH H. HAN, | ) | Case No. 06-08519-CAD |
| | ) | |
| Debtor. | ) | Hon. CAROL A. DOYLE |

**Trustee's Final Report**

To:   The Honorable Carol A. Doyle
      United States Bankruptcy Judge

NOW COMES JAY A. STEINBERG, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on July 18, 2006. JAY A. STEINBERG was appointed Trustee on July 18, 2006. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor's discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the trustee's final account as of February 23, 2009 is as follows:

| | | | |
|---|---|---|---|
| a. | | RECEIPTS (See Exhibit C) | $6,062.09 |
| b. | | DISBURSEMENTS (See Exhibit C) | $24.06 |
| c. | | NET CASH available for distribution | $6,038.03 |
| d. | | TRUSTEE/PROFESSIONAL COSTS: | |
| | 1. | Trustee compensation requested | $1,356.21 |
| | 2. | Trustee Expenses | $0.00 |
| | 3. | Compensation requested by attorney or other professionals for trustee | |

| | | | |
|---|---|---|---:|
| | (a.) | Arnstein & Lehr LLP<br>*Attorney for Trustee Fees (Other Firm)* | $2,381.00 |
| | (b.) | Arnstein & Lehr LLP<br>*Attorney for Trustee Expenses (Other Firm)* | $206.80 |
| | (c.) | Popowcer<br>*Accountant for Trustee Fees (Other Firm)* | $645.00 |
| | (d.) | Popowcer<br>*Accountant for Trustee Expenses (Other Firm)* | $6.36 |

5. The Bar Date for filing unsecured claims expired on February 27, 2007.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---:|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $4,595.37 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $84,139.40 |

7. Trustee proposes that unsecured creditors receive a distribution of 1.72% of allowed claims.

8. The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---:|---:|---:|
| JAY A. STEINBERG, TRUSTEE<br>*Trustee Compensation* | $0.00 | $1,356.21 | $0.00 |
| ARNSTEIN & LEHR LLP<br>*Attorney for Trustee* | $0.00 | $2,381.00 | $206.80 |
| POPOWCER<br>*Accountant for Trustee* | $0.00 | $645.00 | $6.36 |

9. A fee of $1,700.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully Submitted

DATE:  February 27, 2009

/s/ JAY A. STEINBERG, Trustee
JAY A. STEINBERG, TRUSTEE
35 EAST WACKER
SUITE 1550
CHICAGO, IL 60601-0000

Tasks Completed by Trustee

Exhibit A

## TASKS PERFORMED BY TRUSTEE

JAY A. STEINBERG was appointed Trustee on July 18, 2006. The Trustee determined the value of the Debtor's interest in a condo development located at 1160 S. Michigan Avenue, Unit 1904, Chicago, IL ("Property") had value to the Estate. The Trustee negotiated the sale of the Estate's right, title and interest in the Property to the Debtor. The proceeds from the sale created an estate to pay the unsecured creditors in this estate 2.40% on their claims.

The Trustee was also responsible for the day to day administration of the bankruptcy case. The duties carried out by the Trustee were as follows:

1. Review of court file upon appointment of Trustee.
2. Establishment and monthly reconciliation of Trustee bank accounts.
3. Examination of the Debtor at first meeting creditors.
4. Review of claim docket and claims.
5. Conferences with accountant and review tax returns.
6. Preparation of Trustee's Final Report, Application for Trustee Compensation and related documents for closing of case.
7. Attendance at the Final Hearing.
8. Issuance of checks for final distribution and preparation of Trustee's Final Account.

**Exhibit A**

Form I

Individual Estate Property Record and Report

Exhibit B

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

| Case No: | 06-08519 | Judge: CAROL A. DOYLE |
|---|---|---|
| Case Name: | HAN, SARAH H. | |
| For Period Ending: | 02/23/09 | |

| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 07/18/06 (f) |
| 341(a) Meeting Date: | 08/15/06 |
| Claims Bar Date: | 02/27/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY | Unknown | 6,000.00 | | 6,000.00 | FA |
| Real Estate contract to purchase 1160 S. Michigan, Unit 1904, Chicago still at least 1 year from completion; $30,000 down payment on $300,000 contract | | | | | |
| 2. CASH ON HAND | 40.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT | 200.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| normal household goods | | | | | |
| 5. WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| normal wearing apparel | | | | | |
| 6. STOCK AND INTEREST IN BUSINESSES | 0.00 | 0.00 | | 0.00 | FA |
| 100% stock Star Link Communications | | | | | |
| 7. AUTOMOBILE | 20,000.00 | 0.00 | | 0.00 | FA |
| 2004 Lexus RX330 | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 62.09 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $22,240.00 | $6,000.00 | | $6,062.09 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Assets liquidated. Trustee's accountant to prepare tax return and TR to file final report and close case.

Initial Projected Date of Final Report (TFR): 07/31/07    Current Projected Date of Final Report (TFR): 06/30/09

LFORM1

Ver: 14.21

Form II

Estate Cash Receipts and Disbursements Record

Exhibit C

Case 06-08519    Doc 50    Filed 03/23/09    Entered 03/23/09 10:59:24    Desc Main
Trustee's Final Report        Document      Page 8 of 16

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-08519 | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|
| Case Name: | HAN, SARAH H. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1871  BofA - Money Market Account |
| Taxpayer ID No: | *******5647 | | |
| For Period Ending: | 02/23/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| C | 01/18/07 | 1 | SARAH HAN | SALE OF RIGHT, TITLE & INTEREST | 1110-000 | 6,000.00 | | 6,000.00 |
| C | 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.63 | | 6,001.63 |
| * C | 02/06/07 | 000301 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM BOND # 016026455 | 2300-003 | | 4.77 | 5,996.86 |
| C | 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.60 | | 6,001.46 |
| * C | 03/07/07 | 000301 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM | 2300-003 | | -4.77 | 6,006.23 |
| C | 03/07/07 | 000302 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM BOND # 016026455 | 2300-000 | | 4.56 | 6,001.67 |
| C | 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.09 | | 6,006.76 |
| C | 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.94 | | 6,011.70 |
| C | 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.11 | | 6,016.81 |
| C | 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.94 | | 6,021.75 |
| C | 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.12 | | 6,026.87 |
| C | 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.12 | | 6,031.99 |
| C | 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 3.83 | | 6,035.82 |
| C | 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 3.85 | | 6,039.67 |
| C | 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 3.23 | | 6,042.90 |
| C | 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 2.89 | | 6,045.79 |
| C | 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 2.40 | | 6,048.19 |
| C | 02/18/08 | 000303 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM BOND # 016026455 | 2300-000 | | 7.65 | 6,040.54 |
| C | 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 1.44 | | 6,041.98 |
| C | 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.43 | | 6,043.41 |
| C | 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.24 | | 6,044.65 |
| C | 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.76 | | 6,045.41 |
| C | 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.75 | | 6,046.16 |
| C | 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.77 | | 6,046.93 |
| C | 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.76 | | 6,047.69 |

Page Subtotals    6,059.90    12.21

Ver: 14.21

LFORM24

FORM 2

Page: 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-08519 |
|---|---|
| Case Name: | HAN, SARAH H. |
| Taxpayer ID No: | *******5647 |
| For Period Ending: | 02/23/09 |

| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1871 BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.75 | | 6,048.44 |
| C 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.59 | | 6,049.03 |
| C 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.49 | | 6,049.52 |
| C 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 6,049.83 |
| C 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,049.88 |
| 02/17/09 | 000304 | International Sureties, Ltd. 701 Poydras Street #420 New Orleans LA 70139 | 2009 Blanket Bond Premium Bond No. 016260455 | 2300-000 | | 11.85 | 6,038.03 |

\* Reversed
t Funds Transfer
C Bank Cleared

| | COLUMN TOTALS | 6,062.09 | 24.06 | 6,038.03 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 6,062.09 | 24.06 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 6,062.09 | 24.06 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - *******1871 | 6,062.09 | 24.06 | 6,038.03 |
| | 6,062.09 | 24.06 | 6,038.03 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      2.19      11.85

Ver: 14.21

LFORM24

Proposed Distribution Report

Exhibit D

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| SARAH H. HAN, | ) | Case No. 06-08519-CAD |
| | ) | |
| Debtor. | ) | Hon. CAROL A. DOYLE |

## PROPOSED DISTRIBUTION REPORT

I, JAY A. STEINBERG, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $4,595.37 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $1,442.66 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $6,038.03 |

**EXHIBIT D**

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $4,595.37 | 100.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Jay A. Steinberg, Trustee<br>*Trustee Compensation* | $1,356.21 | $1,356.21 |
| | Arnstein & Lehr LLP<br>*Attorney for Trustee Fees* | $2,381.00 | $2,381.00 |
| | Arnstein & Lehr LLP<br>*Attorney for Trustee Expenses* | $206.80 | $206.80 |
| | Popowcer Katten, Ltd.<br>*Accountant for Trustee Fees* | $645.00 | $645.00 |
| | Popowcer Katten, Ltd.<br>*Accountant for Trustee Expenses* | $6.36 | $6.36 |
| | **CLASS TOTALS** | **$4,595.37** | **$4,595.37** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00% |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00% |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00% |

**EXHIBIT D**

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00% |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00% |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00% |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00% |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00% |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00% |

**EXHIBIT D**

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00% |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00% |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid prorata after costs of administration and priority claims are paid in full | $ 83,844.24 | 1.72% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000007 | Advanta Bank Corp  *General Unsecured 726* | $3,171.51 | $54.57 |
| 000006 | American Express Bank FSB  *General Unsecured 726* | $16,945.84 | $291.58 |
| 000004 | American Express Travel Rel. Svc  *General Unsecured 726* | $11,561.19 | $198.93 |
| 000005 | American Express Travel Rel. Svc  *General Unsecured 726* | $3,827.38 | $65.85 |
| 000003 | Chase Bank USA, N.A.  *General Unsecured 726* | $1,285.44 | $22.12 |
| 000008 | Citibank (South Dakota ) N.A.  *General Unsecured 726* | $21,797.43 | $375.05 |
| 000002 | Discover Bank/Discover Financial  *General Unsecured 726* | $2,563.39 | $44.11 |
| 000001 | US Bank Corp/Retail Payment Solu  *General Unsecured 726* | $22,692.06 | $390.45 |
| | **CLASS TOTALS** | **$83,844.24** | **$1,442.66** |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 295.16 | 0.00% |

**EXHIBIT D**

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000009 | Land And Lakes<br>*Tardy General Unsecured 726* | $295.16 | $0.00 |
| | **CLASS TOTALS** | **$295.16** | **$0.00** |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00% |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00% |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00% |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: February 27, 2009                    /s/Jay A. Steinberg, Trustee

**EXHIBIT D**