UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 06-08519 |
| Sarah H. Han, | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtor. | ) | |

**Trustee's First and Final Application for Allowance and Payment of Compensation and
Expense Reimbursement of Popowcer Katten, Ltd., Accountants for Trustee**

Jay A. Steinberg, as trustee ("Trustee") of the estate ("Estate") Sarah H. Han,
debtor ("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"), requests this
Court to enter an order for the allowance and payment to Popowcer Katten, Ltd. ("Popowcer") of
$645.00 as compensation for professional services rendered to the Trustee and of $6.36 for
reimbursement of actual expenses incurred in the performance of those services from
November 21, 2008 through the close of this case.   In support thereof, Trustee respectfully
states as follows:

### Introduction

1.     This case was commenced on July 18, 2006 by the filing of a voluntary petition
under chapter 7 of the Code.

2.     Jay A. Steinberg is the duly appointed, qualified and acting chapter 7 trustee in
the case.

3.     The bar date for filing claims in this case was February 27, 2007.

### Retention of Popowcer

4.     On January 31, 2008, this Court authorized the Trustee to employ Popowcer as
his accountants in this case.  A copy of the retention order is attached hereto as Exhibit A.

### Prior Compensation and Expense Reimbursement Received

5.    This is the first and final application for compensation and expense reimbursement that Popowcer will file in this case.

### Services Rendered by Popowcer

6.    The services rendered by Popowcer in this case relate to the preparation of Estate tax returns for the year end December 31, 2007 and the preparation of prompt determination letters issued to the Internal Revenue Service and the Illinois Department of Revenue in connection with the tax return prepared.    In connection with the foregoing, Popowcer spent 3.0 hours for which it requests compensation in the amount of $645.00 and incurred actual expenses in the amount of $6.36 for which it requests reimbursement. A copy of Popowcer's invoice for its services and expenses is attached as Exhibit B.

7.    All of the services performed and expenses incurred by Popowcer were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by Popowcer at the request and direction of the Trustee.

### Payment of Compensation and Expense Reimbursement

8.    Popowcer has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by Popowcer for services rendered to the Trustee in connection with this case.

9.    Popowcer has not previously received payment of any compensation for services rendered or expenses incurred in connection with this case.    The affidavit of Lois West in support of this Application is attached as Exhibit C.

10.    The proposed source for payment of the compensation and expenses requested in this Application are the Estate funds in the Trustee's possession, collected by him during his administration of this case.

2

### Status of the Case

11.   Trustee has administered all of the assets belonging to this Estate and has completed his review and analysis of the claims filed against the Estate.

12.   Trustee has completed and filed his Final Report simultaneously herewith. Final fee applications for the Trustee and the Trustee's Attorneys have also been filed concurrently with this Application.

### Financial Condition of the Case

13.   Trustee currently has approximately $6,000.00 on deposit in the Estate's bank accounts. The chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with his final fee application, 2) the fees and expenses allowed to Popowcer in connection with this final fee application, 3) the fees and expenses allowed to Trustee's Attorneys in connection with its final fee application, and 4) any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

14.   Following payment of all Chapter 7 administrative expenses set forth above, Trustee estimates there will be sufficient funds available to make a distribution to general unsecured creditors.

3

WHEREFORE, Jay A. Steinberg, as trustee of the Estate of Sarah H. Han, debtor, requests the entry of an order allowing to Popowcer final compensation in the amount of $645.00 for actual and necessary professional services rendered to and reimbursement of expenses in the amount of $6.36 for expenses incurred on behalf of the Trustee from November 21, 2008 through the close of this case and for such other and further relief as this Court deems appropriate.

Dated: February 27, 2009

/s/ Jay A. Steinberg, as trustee
Jay A. Steinberg

4

**Retention Order**

**Exhibit A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| SARAH HAN, f/d/b/a<br>Star Link Communications, | Case No. 06 B 08519 |
| | Hon. John D. Schwartz |
| Debtor. | |

## ORDER EMPLOYING ACCOUNTANT FOR TRUSTEE

AT CHICAGO, ILLINOIS, IN SAID DISTRICT AND DIVISION
BEFORE THE HONORABLE JOHN D. SCHWARTZ, BANKRUPTCY JUDGE
THIS 31st DAY OF JANUARY, 2008

This cause coming on to be heard upon the Application of JAY A. STEINBERG,

Trustee herein, to Employ Accountant, due notice having been given to all parties in

interest and the Court being fully advised in the premises, NOW THEREFORE:

IT IS HEREBY ORDERED that JAY A. STEINBERG, Trustee herein, is hereby authorized to employ LOIS WEST, Certified Public Accountant, and the accounting firm of POPOWCER KATTEN, LTD., to represent the Trustee in this proceeding, and

IT IS FURTHER ORDERED that compensation is to be paid to LOIS WEST and POPOWCER KATTEN, LTD., pursuant to further order of this Court.

Dated: 1/31/08

Enter:

~~JOHN D. SCHWARTZ~~
Bankruptcy Judge

30931.0005/8001742_1                          - 1 -

**Billing Statements**

**Exhibit B**

**PPCO**

**POPOWCER KATTEN, LTD.**

CERTIFIED PUBLIC ACCOUNTANTS

**Invoice No.** 22910

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2207
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- Estate of Sarah H. Han (06 B 08519)
- c/o Jay Steinberg, Trustee
- 35 E. Wacker Drive, Suite 1550
- Chicago, IL 60601

**Date:** January 26, 2009          **Account No.:** STZ78669L

For Professional Services Rendered:

For accounting and tax services rendered for the period November 21, 2008 through December 12, 2008 including preparation of fiduciary income tax returns for the year ended 12/31/07 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|  | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| L. West | Bankruptcy Specialist | 3.0 | $215. | $ 645.00 |
|  | Total Hours: | 3.0 |  | $ 645.00 |
| Expenses: Postage: |  |  |  | 6.36 |
|  | Total Due: |  |  | $ 651.36 |

**Time sort by date**

| Date | Description | Hours | Name |
|------|-------------|-------|------|
| 11/21/2008 | Tax Return Preparation - Preparation of workpapers and federal and state fiduciary returns for 12/31/07 year end. Review documents provided by trustee re: sale of interest in pre construction real estate.  Prepare 505(b) letters, transmittal letters and forms 8821 and IL-2848.  Make manual | 2.7 | L. West |
| 12/2/2008 | Tax Review - Final review - check assembly and sign federal and state fiduciary returns for year ended 12/31/06. | 0.3 | L. West |

Total hours   3.0

**Rule 2016 Affidavit**

**Exhibit C**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re                               )        Chapter 7
                                    )        Case No. 06-08519
Sarah H. Han,                       )        Hon. Carol A. Doyle
                                    )
                      Debtor.       )

## Rule 2016 Affidavit

State of Illinois        )
County of Cook           )

        I, Lois West, being first duly sworn upon oath, do depose and state as follows:

        1.      I am a certified public accountant licensed by the State of Illinois and a manager in the Corporate Recovery Services department at the accounting firm of Popowcer Katten, Ltd. The matters set forth herein are true and correct to the best of my knowledge and belief.

        2.      I have read the First and Final Application for Allowance and Payment of Compensation of Popowcer Katten, Ltd., Accountants for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Popowcer Katten, Ltd. has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

        3.      Popowcer Katten, Ltd. has not previously received payment of any compensation for services rendered in connection with this case. Popowcer Katten, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Popowcer Katten, Ltd.

        4.      Further affiant sayeth naught.

                                                    _Lois West_____
                                                    Lois West

Subscribed and Sworn to before me
this 3rd day of January, 2009

_Judith A. Hughes_____
        Notary Public

NOTARY PUBLIC
OFFICIAL
SEAL
JUDITH A HUGHES
MY COMMISSION EXPIRES
MAY 27, 2012