IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| SARAH H. HAN, f/d/b/a | ) | Case No. 06-08519 |
| STAR LINK COMMUNICATIONS, | ) | |
| | ) | Hon. Carol A. Doyle |
| Debtor. | ) | |

### FIRST AND FINAL APPLICATION OF TRUSTEE'S COUNSEL FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Arnstein & Lehr LLP ("A&L"), as counsel for Jay A. Steinberg, Chapter 7 Trustee, for its first and final application for compensation, respectfully represents unto this Honorable Court as follows:

1. Sara Han f/d/b/a Star Link Communications ("Debtor") filed her voluntary Chapter 7 bankruptcy petition on July 18, 2006. Jay A. Steinberg is the duly appointed, qualified and acting Chapter 7 Trustee for the Debtor's bankruptcy case.

2. On January 31, 2008, this Court entered an order authorizing A&L to act as attorneys for the Trustee in the above-referenced bankruptcy proceeding retroactive to November 6, 2006.

3. Since its employment, A&L has rendered legal services to the Trustee and the Estate and has incurred expenses as outlined in the following paragraphs and further detailed in the attached billing. See A&L's invoices attached hereto and incorporated herein as Exhibit A. A&L's services were necessary in this case to assist the Trustee in selling property of the estate.

4. A&L is requesting final compensation of $2,381.00 and reimbursement of expenses in the amount of $206.80.

5. In summary, the Debtor's Chapter 7 Schedules reflected an interest in a condominium to be developed at 1160 South Michigan, Unit 1904, Chicago, Illinois (the "Real Property"), pursuant to a real estate contract to purchase the Real Property for $300,000. The Debtor paid $30,000.00 under the real estate contract. Pursuant to 11 U.S.C. § 363, the Trustee sought approval and authorization to sell the Estate's right, title and interest in the Real Property to the Debtor for $6,000.00. A&L negotiated the Sale on behalf of the Trustee and prepared and filed a motion for entry of an order authorizing the Trustee to sell the real property interest.

6. On or about January 11, 2007, this Court entered an order authorizing the sale of Trustee's right, title and interest in the Real Property to the Debtor.

7. At all times during A&L's representation of the Trustee and the Estate, A&L was a disinterested person and neither represented nor held an interest adverse to the Estate.

8. The fair market value of the services rendered by A&L as attorneys for the Trustee in these proceedings, based upon the skill required, the nature of the services rendered and the usual and customary fees charged by A&L for services of this type, is $2,381.00. A&L has not received any compensation whatsoever in connection herewith.

WHEREFORE, Arnstein & Lehr LLP, Attorneys for the Trustee herein, prays that it be awarded compensation in the amount of $2,381.00 and reimbursement of expenses in the amount of $206.80 and for such other and further relief as this Court shall seem proper.

>Respectfully submitted,
>Arnstein & Lehr LLP
>
>By: /s/ Miriam R. Stein
>    One of its Attorneys

Barry A. Chatz (ARDC #06196639)
Miriam R. Stein (ARDC #06238163)
ARNSTEIN & LEHR LLP
120 South Riverside Plaza, Suite 1200
Chicago, IL  60606
(312) 876-7100
(312) 876-0288 fax

LAW OFFICES

# ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA - SUITE 1200

CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

LOIS WEST
C/O POPOWER KATTEN, LTD.
35 E. WACKER DRIVE
CHICAGO ILLINOIS 60601

March 9, 2009

Invoice: 812083

Page 1

BAC

Our Matter # 30944-0006     SARAH H. HAN (LITIGATION)

FOR PROFESSIONAL SERVICES RENDERED THROUGH March 9, 2009

| Date | Description | Hours |
|---|---|---|
| 12/21/06 | HAN - DRAFT MOTION TO SELL TRUSTEE'S RIGHT, TITLE AND INTEREST IN HAN.<br>MIRIAM R. STEIN | 1.50 hr. |
| 12/22/06 | HAN - PREPARE AND FILE MOTION TO SELL REAL PROPERTY.<br>JBMEDZIAK | 1.00 hr. |
| 01/11/07 | HAN - ATTEND HEARING REGARDING SETTLEMENT MOTION.<br>BARRY A. CHATZ | 0.50 hr. |
| 01/10/08 | DRAFT MOTION TO EMPLOY A&L<br>JOHN F. HILTZ | 0.50 hr. |
| 01/31/08 | HAN - ATTEND COURT HEARING.<br>MIRIAM R. STEIN | 1.00 hr. |
| 08/27/08 | HAN - TELEPHONE CALLS AND E-MAILS WITH TRUSTEE REGARDING ISSUES FOR 8/27 HEARING AND CASE CLOSING MATTERS.<br>BARRY A. CHATZ | 0.50 hr. |
| 02/23/09 | COMMENCE REVIEW OF BILLING WORKSHEET TO VERIFY TIME ENTRIES (.2); REVIEW FILE TO PREPARE FOR FINAL FEE APPLICATION (.5); COMMENCE DRAFT OF FINAL FEE APPLICATION (.3)<br>BECKY L. SUTTON | 1.00 hr. |
| 02/23/09 | HAN - E-MAIL REGARDING FINALIZING FEE APPLICATION.<br>MIRIAM R. STEIN | 0.20 hr. |
| 02/24/09 | REVIEW BILLING WORKSHEET AND REVISE SAME (.3); PREPARE DRAFT FEE APPLICATION AND FINALIZE FOR M. STEIN'S REVIEW (1.2)<br>BECKY L. SUTTON | 1.50 hr. |

# EXHIBIT A

LAW OFFICES

# ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA - SUITE 1200

CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

LOIS WEST  
C/O POPOWER KATTEN, LTD.  
35 E. WACKER DRIVE  
CHICAGO ILLINOIS 60601

March 9, 2009

Invoice: 812083

Page 2

## SUMMARY OF FEES

|                   | Hours | Rate/Hr | Amount     |
|-------------------|-------|---------|------------|
| BARRY A. CHATZ    | 1.00  | 550.00  | 530.00     |
| BECKY L. SUTTON   | 2.50  | 215.00  | 537.50     |
| JBMEDZIAK         | 1.00  | 165.00  | 165.00     |
| JOHN F. HILTZ     | 0.50  | 255.00  | 127.50     |
| MIRIAM R. STEIN   | 2.70  | 430.00  | 1,021.00   |
| TOTAL             | 7.70  |         | $2,381.00  |

Total Fees for Professional Services .................................................. 2,381.00

## REIMBURSABLE COSTS

PHOTOCOPY CHARGES ............................................................ 206.80

Total Reimbursable Costs ......................................... 206.80

## TOTALS FOR THIS MATTER

Fees For Professional Services .......................................................... 2,381.00  
Reimbursable Costs ........................................................................... 206.80

NET CURRENT BILLING FOR THIS MATTER ........................................... $2,587.80

**TOTAL DUE FOR THIS MATTER** ........................................................... $2,587.80

EIN: 36-2041272