UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| SARAH H. HAN, | ) | Case No. 06-08519-CAD |
| | ) | |
| Debtor. | ) | Hon. CAROL A. DOYLE |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor, Creditors and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

   At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 742, Chicago, IL 60604

   On: **April 30, 2009**          Time: **10:30 a.m.**

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.   The Trustee's Final Report shows total:

   Receipts                                                    $6,062.09

   Disbursements                                            $24.06

   Net Cash Available for Distribution                $6,038.03

4.   Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JAY A. STEINBERG, TRUSTEE *Trustee Compensation* | $0.00 | $1,356.21 | $0.00 |
| ARNSTEIN & LEHR LLP *Attorney for Trustee* | $0.00 | $2,381.00 | $206.80 |
| POPOWCER *Accountant for Trustee* | $0.00 | $645.00 | $6.36 |

5.   Applications for Chapter 11 fees and administrative expenses have been filed as follows:
NOT APPLICABLE

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:  NONE

7.  Claims of general unsecured creditors totaling $84,139.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 1.72%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Us Bank Corp/Retail Payment Solution | $22,692.06 | $390.45 |
| 000002 | Discover Bank/Discover Financial | $2,563.39 | $44.11 |
| 000003 | Chase Bank USA, N.A. | $1,285.44 | $22.12 |
| 000004 | American Express Travel Related Svc | $11,561.19 | $198.93 |
| 000005 | American Express Travel Related Svc | $3,827.38 | $65.85 |
| 000006 | American Express Bank FSB | $16,945.84 | $291.58 |
| 000007 | Advanta Bank Corp | $3,171.51 | $54.57 |
| 000008 | Citibank ( South Dakota ) N.A. | $21,797.43 | $375.05 |
| 000009 | Land And Lakes (*tardy*) | $295.16 | $0.00 |

8.  Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the U.S. Bankruptcy Court, No. District of Illinois, Eastern Div., 219 S. Dearborn Street, 7th Floor, Chicago    IL  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov.*  If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.  Debtor has not been discharged.

11.  The Trustee proposes to abandon the following property at the hearing:  NONE


Dated: **March 27, 2009**                             For the Court,


                                             By:   **KENNETH S. GARDNER** _____
                                                   Clerk of the U.S. Bankruptcy Court
                                                   No. District of Illinois, Eastern Div.
                                                   219 S. Dearborn Street, 7th Floor
                                                   Chicago   IL  60604

Trustee:      Jay A. Steinberg, Trustee
Address:      35 East Wacker
              Suite 1550
              Chicago, IL  60601-0000
Phone No.:    (312) 832-4703

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7              Page 1 of 2           Date Rcvd: Mar 27, 2009
Case: 06-08519               Form ID: pdf002           Total Served: 49
```

The following entities were served by first class mail on Mar 29, 2009.
```
db          +Sarah H Han,   913 W. Aspen Court,   Palatine, IL 60067-0712
aty         +Arnstein & Lehr LLP,   120 S Riverside Plaza Ste 1200,   Chicago, Il 60606-3910
aty         +John E Gierum,   Gierum & Mantas,   9700 W Higgins Rd, Ste 1015,   Rosemont, IL 60018-4712
aty         +Miriam R. Stein,   Arnstein & Lehr LLP,   120 South Riverside Plaza,   Suite 1200,
              Chicago, IL 60606-3910
tr          +Jay A Steinberg, ESQ,   35 E. Wacker Drive, Suite 1550,   Chicago, IL 60601-2124
10824447    +AT&T,   P.O. Box 9001309,   Louisville, KY 40290-1309
10824448     AT&T Universal Card,   P.O. Box 183037,   Columbus, OH  43218-3037
10824441     Advanta Bank Corp,   POB 3001,   Malvern, PA 19355-0701
11160809     Advanta Bank Corp,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
10824443     American Express,   P.O. Box 360002,   Ft. Lauderdale, FL  33336-0002
10824442     American Express,   P.O. Box 650448,   Dallas, TX  75265-0448
11160739     American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
10824444    +American Express Bank, FSB,   P.O. Box 30799,   Salt Lake City, UT 84130-0799
10824446     American Express Travel Related,   c/o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
11160732     American Express Travel Related Services,   Company Inc,   c/o Becket and Lee LLP,   POB 3001,
              Malvern PA 19355-0701
11160733     American Express Travel Related Svcs Co,   Inc Corp Card,   c/o Becket and Lee LLP,   POB 3001,
              Malvern PA 19355-0701
10824445    +American Payment Supplies,   P.O. Box 2718,   Champlain, NY 12919-2718
10824449    +Att And T Universal/ Citibank,   Po Box 6241,   Sioux Falls, SD 57117-6241
10824452     Chase,   P.O. Box 15153,   Wilmington, DE  19886-5153
10824451    +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
10824453     Chase Auto Finance,   P.O. Box 9001800,   Louisville, KY  40290-1800
11055524    +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
11179804     Citibank ( South Dakota ) N.A.,   Exception Payment Processing,   P.O.  Box 6305,
              The Lakes, NV  88901-6305
10824454     Collection Bureau Of America,   P.O. Box 5013,   Hayward, CA  94540-5013
10824458    +Dunsdemand,   340 Interstate N. Parkway,   Atlanta, GA 30339-2218
10824459    +Earthlink,   P.O. Box 7645,   Atlanta, GA 30357-0645
10824460    +Evergreen Plaza,   C/O Hinshaw & Culbertson,   222 N. LaSalle St., Ste. 300,
              Chicago, IL 60601-1013
10824461    +Evergreen Plaza Associates Ltd. Part.,   C/O Samuel G. Levin, Hinshaw Et Al.,
              222 N. LaSalle St. Ste 300,   Chicago, IL 60601-1013
10824462     First Data,   P.O. Box 173845,   Denver, CO  80217-3845
10824440    +Gierum & Mantas,   1030 W Higgins Road,   Suite 220,   Park Ridge, IL 60068-5761
10824439    +Han Sarah,   913 West Aspen Court,   Palatine, IL 60067-0712
10824463    +Hinkley Springs,   P.O. Box 660579,   Dallas, TX 75266-0579
10824464    +Indiana Paging,   6745 West Johnson Road,   LaPorte, IN 46350-7315
10824465    +Land And Lakes,   21900 South Central Avenue,   Matteson, IL 60443-2802
10824468     MBNA,   P.O. Box 15137,   Wilmington, DE  19886-5137
10824467     Marshall Fields,   P.O. Box 94578,   Cleveland, OH  44101-4578
10824466    +Marshall Fields,   111 Boulder Industrial D,   Bridgeton, MO 63044-1241
10824469    +Monogram Bank N America,   Po Box 17054,   Wilmington, DE 19884-0001
10824470    +Muzak,   P.O. Box 90423,   Chicago, IL 60696-0423
10906253    +Peoples Gas,   c/o Harris & Harris Ltd,   600 W Jackson Blvd Ste 400,   Chicago, IL 60661-5675
10824472    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US Bank,   P.O. Box 790408,   St. Louis, MO  63179-9801)
10833713    +US BANK CORP/RETAIL PAYMENT SOLUTIONS,   PO BOX 5229,   CINCINNATI, OHIO 45201-5229
10824471     United Recovery Systems, LP,   P.O. Box 722929,   Houston, TX  77272-2929
10824473     Wells Fargo,   P.O. Box 54349,   Los Angeles, CA  90054-0349
```

The following entities were served by electronic transmission on Mar 27, 2009.
```
10824450    +Fax: 602-221-4614 Mar 27 2009 23:31:11   Chase,   900 Stewart Ave,   Garden City, NY 11530-4891
10824455     E-mail/Text: brandy.glashin@comed.com              ComEd,   Bill Payment Center,
              Chicago, IL  60668-0001
11044596    +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 28 2009 07:46:25
              DISCOVER BANK/DISCOVER FINANCIAL SERVICES,   PO BOX 3025,   NEW ALBANY OH 43054-3025
10824456     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 28 2009 07:46:25   Discover,   P.O. Box 15251,
              Wilmington, DE  19886-5251
10824457     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 28 2009 07:46:25   Discover Fin,   Pob 15316,
              Wilmington, DE  19850
                                                                                   TOTAL: 5
```

```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Mar 27, 2009
Case: 06-08519               Form ID: pdf002           Total Served: 49
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 29, 2009**                          **Signature:**