# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 06-08519 |
| HAN, SARAH H. | § | |
| | § | |
| Debtor(s) | § | |
| | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAY A. STEINBERG, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____.  The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/JAY A. STEINBERG, TRUSTEE_____
                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEINBERG, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ARNSTEIN & LEHR LLP | | | | | |
| ARNSTEIN & LEHR LLP | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AT&T | | | | | |
| Am Ex | | | | | |
| American Payment Supplies | | | | | |
| Com Ed | | | | | |
| Comcast | | | | | |
| Dunsdemand | | | | | |
| Earthlink | | | | | |
| Evergreen Plaza | | | | | |
| Evergreen Plaza | | | | | |
| Evergreen Plaza | | | | | |
| Evergreen Plaza Associates LP | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| First Data | | | | | |
| Hinkley Springs | | | | | |
| Indiana Paging | | | | | |
| MBNA | | | | | |
| Marshall Fields | | | | | |
| Muzak | | | | | |
| Wells Fargo | | | | | |
| ADVANTA BANK CORP | | | | | |
| AMERICAN EXPRESS BANK FSB | | | | | |
| AMERICAN EXPRESS TRAVEL RELATED SER | | | | | |
| AMERICAN EXPRESS TRAVEL RELATED SVC | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| CITIBANK ( SOUTH DAKOTA ) N.A. | | | | | |
| DISCOVER BANK/DISCOVER FINANCIAL SE | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| US BANK CORP/RETAIL PAYMENT SOLUTIO | | | | | |
| LAND AND LAKES | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 06-08519 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | HAN, SARAH H. | | | Date Filed (f) or Converted (c): | 07/18/06 (f) |
| | | | | 341(a) Meeting Date: | 08/15/06 |
| For Period Ending: | 07/16/09 | | | Claims Bar Date: | 02/27/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY | Unknown | 6,000.00 | | 6,000.00 | FA |
| Real Estate contract to purchase 1160 S. Michigan, Unit 1904, Chicago still at least 1 year from completion; $30,000 down payment on $300,000 contract | | | | | |
| 2. CASH ON HAND | 40.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT | 200.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| normal household goods | | | | | |
| 5. WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| normal wearing apparel | | | | | |
| 6. STOCK AND INTEREST IN BUSINESSES | 0.00 | 0.00 | | 0.00 | FA |
| 100% stock Star Link Communications | | | | | |
| 7. AUTOMOBILE | 20,000.00 | 0.00 | | 0.00 | FA |
| 2004 Lexus RX330 | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 62.32 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $22,240.00    $6,000.00    $6,062.32    $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Assets liquidated. Trustee's accountant to prepare tax return and TR to file final report and close case.

Initial Projected Date of Final Report (TFR): 07/31/07    Current Projected Date of Final Report (TFR): 06/30/09

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 06-08519 -CAD | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|
| Case Name: | HAN, SARAH H. | Bank Name: | BANK OF AMERICA, N.A. |
|  |  | Account Number / CD #: | *******1871 BofA - Money Market Account |
| Taxpayer ID No: | *******5647 |  |  |
| For Period Ending: | 07/16/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 01/18/07 | 1 | SARAH HAN | SALE OF RIGHT, TITLE & INTEREST | 1110-000 | 6,000.00 |  | 6,000.00 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.63 |  | 6,001.63 |
| * 02/06/07 | 000301 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM BOND # 016026455 | 2300-003 |  | 4.77 | 5,996.86 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.60 |  | 6,001.46 |
| * 03/07/07 | 000301 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM | 2300-003 |  | -4.77 | 6,006.23 |
| 03/07/07 | 000302 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM BOND # 016026455 | 2300-000 |  | 4.56 | 6,001.67 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.09 |  | 6,006.76 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.94 |  | 6,011.70 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.11 |  | 6,016.81 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.94 |  | 6,021.75 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.12 |  | 6,026.87 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.12 |  | 6,031.99 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 3.83 |  | 6,035.82 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 3.85 |  | 6,039.67 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 3.23 |  | 6,042.90 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 2.89 |  | 6,045.79 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 2.40 |  | 6,048.19 |
| 02/18/08 | 000303 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM BOND # 016026455 | 2300-000 |  | 7.65 | 6,040.54 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 1.44 |  | 6,041.98 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.43 |  | 6,043.41 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.24 |  | 6,044.65 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.76 |  | 6,045.41 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.75 |  | 6,046.16 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.77 |  | 6,046.93 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.76 |  | 6,047.69 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.75 |  | 6,048.44 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.59 |  | 6,049.03 |

Case 06-08519   Doc 64   Filed 07/23/09   Entered 07/23/09 10:15:04   Desc Main
Document      Page 10 of 13

FORM 2

Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-08519 -CAD | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|
| Case Name: | HAN, SARAH H. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1871  BofA - Money Market Account |
| Taxpayer ID No: | *******5647 | | |
| For Period Ending: | 07/16/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.49 | | 6,049.52 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.31 | | 6,049.83 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,049.88 |
| 02/17/09 | 000304 | International Sureties, Ltd. | 2009 Blanket Bond Premium | 2300-000 | | 11.85 | 6,038.03 |
| | | 701 Poydras Street  #420 | Bond No. 016260455 | | | | |
| | | New Orleans   LA   70139 | | | | | |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,038.08 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,038.13 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 6,038.26 |
| 05/01/09 | | Transfer to Acct #*******2362 | Final Posting Transfer | 9999-000 | | 6,038.26 | 0.00 |
| | | | Transfer funds for final distribution.  ecb | | | | |

| Account *******1871 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 1 | Deposits | 6,000.00 | 5 | Checks | 24.06 |
| 28 | Interest Postings | 62.32 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 6,038.26 |
| | Subtotal | $ 6,062.32 | | | |
| | | | | Total | $ 6,062.32 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 6,062.32 | | | |

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-08519 -CAD | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|
| Case Name: | HAN, SARAH H. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2362  BofA - Checking Account |
| Taxpayer ID No: | *******5647 | | |
| For Period Ending: | 07/16/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/01/09 | | Transfer from Acct #*******1871 | Transfer In From MMA Account | 9999-000 | 6,038.26 | | 6,038.26 |
| | | | Transfer funds for final distribution.  ecb | | | | |
| 06/04/09 | 003001 | Jay A. Steinberg, Trustee<br>35 East Wacker Drive<br>Suite 1550<br>Chicago IL  60601 | Trustee Compensation | 2100-000 | | 1,356.21 | 4,682.05 |
| 06/04/09 | 003002 | ARNSTEIN & LEHR LLP<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL  60606 | TR's Attorney Final Compensation | 3210-000 | | 1,650.00 | 3,032.05 |
| 06/04/09 | 003003 | ARNSTEIN & LEHR LLP<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL  60606 | Attorney for Trustee Expenses (Othe | 3220-000 | | 206.80 | 2,825.25 |
| 06/04/09 | 003004 | Popowcer & Katten, Ltd.<br>Attn:  Lois West<br>35 East Wacker Drive  #1550<br>Chicago  IL  6601 | TR's Accountants Final Compensation | 3410-000 | | 645.00 | 2,180.25 |
| 06/04/09 | 003005 | Popowcer & Katten, Ltd.<br>Attn:  Lois West<br>35 East Wacker Drive  #1550<br>Chicago  IL  6601 | TR Accountant's Expenses | 3420-000 | | 6.36 | 2,173.89 |
| 06/04/09 | 003006 | US BANK CORP/RETAIL PAYMENT SOLUTIONS<br>PO BOX 5229<br>CINCINNATI, OHIO 45201 | Claim 000001, Payment 2.59% | 7100-000 | | 588.35 | 1,585.54 |
| 06/04/09 | 003007 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES<br>PO BOX 3025<br>NEW ALBANY OH 43054 | Claim 000002, Payment 2.59% | 7100-000 | | 66.46 | 1,519.08 |

LFORM2T4

UST Form 101-7-TDR (4/1/2009) *(Page: 11)*

Ver: 14.31c

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-08519 -CAD | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|
| Case Name: | HAN, SARAH H. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2362 BofA - Checking Account |
| Taxpayer ID No: | *******5647 | | |
| For Period Ending: | 07/16/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/04/09 | 003008 | Chase Bank USA, N.A. c/o Weinstein & Riley, P.S. 2101 4th Avenue, Suite 900 Seattle, WA, 98121 | Claim 000003, Payment 2.59% | 7100-000 | | 33.33 | 1,485.75 |
| 06/04/09 | 003009 | American Express Travel Related Services Company Inc c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Claim 000004, Payment 2.59% | 7100-000 | | 299.76 | 1,185.99 |
| 06/04/09 | 003010 | American Express Travel Related Svcs Co Inc Corp Card c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Claim 000005, Payment 2.59% | 7100-000 | | 99.24 | 1,086.75 |
| 06/04/09 | 003011 | American Express Bank FSB c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Claim 000006, Payment 2.59% | 7100-000 | | 439.37 | 647.38 |
| 06/04/09 | 003012 | Advanta Bank Corp c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Claim 000007, Payment 2.59% | 7100-000 | | 82.23 | 565.15 |
| 06/04/09 | 003013 | Citibank ( South Dakota ) N.A. Exception Payment Processing P.O. Box 6305 The Lakes, NV 88901-6305 | Claim 000008, Payment 2.59% | 7100-000 | | 565.15 | 0.00 |

Page: 5

Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 06-08519 -CAD | Trustee Name: JAY A. STEINBERG, TRUSTEE |
| Case Name: HAN, SARAH H. | Bank Name: BANK OF AMERICA, N.A. |
| | Account Number / CD #: *******2362 BofA - Checking Account |
| Taxpayer ID No: *******5647 | |
| For Period Ending: 07/16/09 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******2362
| | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 0 | Deposits | 0.00 | 13 Checks | 6,038.26 |
| 0 | Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| | | | 0 Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | |
| | | | Total | $ 6,038.26 |
| 0 | Adjustments In | 0.00 | | |
| 1 | Transfers In | 6,038.26 | | |
| | Total | $ 6,038.26 | | |

Report Totals
| | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 1 | Deposits | 6,000.00 | 18 Checks | 6,062.32 |
| 28 | Interest Postings | 62.32 | 0 Adjustments Out | 0.00 |
| | | | 1 Transfers Out | 6,038.26 |
| | Subtotal | $ 6,062.32 | | |
| | | | Total | $ 12,100.58 |
| 0 | Adjustments In | 0.00 | | |
| 1 | Transfers In | 6,038.26 | | |
| | Total | $ 12,100.58 | Net Total Balance | $ 0.00 |

LFORM2T4 UST Form 101-7-TDR (4/1/2009) *(Page: 13)*

Ver: 14.31c